ADELSON MATERAZZI, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Action against an insurance carrier under section 109 of the Insurance Law. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CARLSON, HOLMES & BROMSTAD, INC., Respondent, v. M. I. STEWART & CO., INC., Appellant.— Action for work, labor and materials manufactured by plaintiff under contract with defendant for manufacture and installation of equipment for a beauty parlor. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [147 Misc. 607.]

HENRY I. GILBERT, on Behalf of Himself and All Other Stockholders of Associated Gas and Electric Company, Respondent, v. C. W. BEALL and Others, Defendants, Impleaded with HOWARD C. HOPSON, Appellant.— Order so far as appealed from denying motion of defendant, appearing specially, for judgment dismissing the amended complaint and to vacate service, affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer, or otherwise move with respect to the complaint within ten days after service of order, with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion, on the ground that the statutory requirements for substituted service were not complied with.

ALOIS TRIER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action for personal injuries sustained by plaintiff when he fell into a hole in a defective sidewalk. Judgment dismissing complaint at close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DE GRAFFENREID DUPUY, Respondent, v. INDEPENDENT SAND AND GRAVEL CORPORATION, Appellant.— Order denying defendant's motion for judgment on the pleadings dismissing the complaint as insufficient, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of ANNIE E. POTH, Deceased. ALMA CLARK, Proponent, Respondent; BENJAMIN F. POTH, Contestant, Appellant, and MARY A. KURNER and Others, Respondents.— Decree admitting will to probate, so far as appealed from, unanimously affirmed, with costs to the proponent, respondent, payable out of the estate. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ADELSON MATERAZZI and ANGELO BOTTEON, Respondents, v. SAN-DIS ENGINEERING CORPORATION, Appellant, Impleaded with Another.— Action for personal injuries. Plaintiffs were cement workers employed by the Wood Crest Company, a general contractor. Defendant, appellant, with other contractors, was engaged in the construction of a sewerage disposal plant at Mamaroneck, N. Y. Plaintiffs were injured through the negligence of defendant, appellant, in permitting a piece of machinery to strike and break the scaffold upon which plaintiffs were standing, causing them to be dislodged and to fall into a pit. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.